**L | LOCKS LAW FIRM**

The Curtis Center
601 Walnut Street, Suite 720 East
170 S. Independence Mall West
Philadelphia, Pennsylvania 19106
T 215.893.0100
T 866.LOCKSLAW
F 215.893.3444
Lockslaw.com

**Francesca A. Iacovangelo, Esq.**
fiacovangelo@lockslaw.com
Direct: 215-893-3454
Fax: 215-893-3444
Admitted in PA, NJ, NY, FL

September 18, 2025

Via CM/ECF

The Honorable James B. Clark, III, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Court Room: MLK 2A
Newark, New Jersey 07101

   Re: Civil Action No. 2:24-cv-8174;
      *Jane Doe (K.R.D.) v. Wyndham Hotels & Resorts, Inc., et al.*

Dear Judge Clark:

  On behalf of Plaintiff Jane Doe (K.R.D.) and Defendants Wyndham Hotels & Resorts, Inc. and BA Hotel, LLC, and in accordance with Your Honor's May 28, 2025 Pretrial Scheduling Order (ECF No. 43) and subsequent order extending discovery deadlines (ECF No. 51), we submit this joint status letter in advance of the September 22, 2025 deadline for raising discovery disputes and the telephonic status conference scheduled for October 6, 2025.

  On May 29, 2025, Plaintiff filed her Motion for Entry of Discovery Confidentiality Order (ECF No. 44). On June 23, 2025, Defendant Wyndham Hotels & Resorts, Inc. filed its Opposition to Plaintiff's Motion (ECF No. 46). Defendant BA Hotel, LLC incorporated Wyndham's opposition and joined in opposing the motion (ECF No. 47). Plaintiff filed her reply in further support on June 30, 2025 (ECF No. 49).

  The parties are engaged in written discovery as follows: (1) On September 16, 2025, Plaintiff served answers to each Defendant's First Set of Interrogatories and responses to Requests for Production; (2) on September 16, 2025, each Defendant served answers to Plaintiff's First Set of Interrogatories and responses to Requests for Production; (3) in response to discovery requests that would reveal Plaintiff's identity, Plaintiff answered that she would "supplement upon the Court's entry of a protective order"; and (4) in light of the Court's September 22, 2025 deadline (ECF No. 51) to bring discovery disputes before the Court, and given that Defendants are compiling voluminous document productions, the parties jointly request leave to raise, at a later time, any discovery disputes that could not reasonably have been identified by September 22, upon good cause and consistent with the Court's procedures, without prejudice to any party's position.

  Upon the completion of written discovery, the parties will turn to depositions, and expect to be able to complete fact discovery by the March 31, 2026 deadline.

| | |
|---|---|
| **LOCKS LAW FIRM** | **SICO HOELSCHER HARRIS, LLP** |
| */s/ Francesca A. Iacovangelo* | */s/ Ramsey S. Al-Azem* |
| Francesca A. Iacovangelo, Esq. | David E. Harris, Esq. (PHV) |
| Eric D. Bihlear, Esq. | Ramsey S. Al-Azem, Esq. (PHV) |
| 601 Walnut Street, Suite 720E | 819 N. Upper Broadway |
| Philadelphia, PA 19106 | Corpus Christi, TX 78401 |
| P: (215) 893-3454 | P: (346) 250-2217 |
| F: (215) 893-3444 | F: (361) 653-3333 |
| fiacovangelo@lockslaw.com | dharris@shhlaw.com |
| ebihlear@lockslaw.com | ralazem@shhlaw.com |
| *Attorneys for Plaintiff* | *Attorneys for Plaintiff* |
| **DLA PIPER LLP (US)** | **MILLER SHAH LLP** |
| */s/ Becky L. Caruso (with permission)* | /s/ *James C. Shah* |
| David S. Sager, Esq. | James C. Shah, Esq. |
| Becky L. Caruso, Esq. | Ronald S. Kravitz, Esq. (PHV) |
| 51 John F. Kennedy Parkway, Suite 120 | Christopher A. Miller, Esq. (PHV) |
| Short Hills, NJ 07078-2704 | 2 Hudson Place, Suite 303 |
| P: (973) 520-2570 | Hoboken, NJ 07030 |
| F: (973) 215-2604 | P: (866) 540-5505 |
| david.sager@us.dlapiper.com | F: (866) 300-7367 |
| becky.caruso@us.dlapiper.com | jcshah@millershah.com |
| | rskravitz@millershah.com |
| *Attorneys for Defendant Wyndham Hotels & Resorts, Inc.* | camiller@millershah.com |
| | *Attorneys for BA Hotel, LLC* |